IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

HELEN SUE KAGAN, Individually and on
behalf of the class defined herein,

             Plaintiff,

    v.

SELENE FINANCE L.P., and
SELENE VENTURES GP, LLC,

             Defendant.

-----------------------------------------------------X

Civil Action No. 7:15cv05936 *(KMK)(PED)*

6/21/17

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties stipulate that all of the individual claims of Plaintiff Helen Sue Kagan against Defendants Selene Finance LP and Selene Ventures GP, LLC are hereby be dismissed with prejudice. All claims asserted on behalf of the putative class members are hereby dismissed without prejudice. The parties will each bear their own respective costs, including attorneys' fees, accept as otherwise provided.

Dated: 6/21, 2017

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

By: _____
Tiffany N. Hardy
*Attorneys for Helen Sue Kagan*

Dated: June 21, 2017

TROUTMAN SANDERS LLP

By: _____
Maryia Y. Jones
*Attorneys for Selene Finance LP and
Selene Ventures GP, LLC*

So Ordered:

_____
U.S.D.J.

June 21, 2017

31183761